UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ANITA MANGO,

Plaintiff,

-vs-

CASE NO.: 6:16-CV-1010-ORL-28TBS

PROG LEASING, L.L.C. d/b/a
PROGRESSIVE LEASING,

Defendant.

PROG LEASING, LLC,

Third-Party Plaintiff,

-vs-

STEVIE BARNELL MANGO a/k/a STEVE
MANGO,

Third-Party Defendant.
_______________________________/

**NOTICE OF SETTLEMENT PENDING**

Plaintiff, Anita Mango, by and through her undersigned counsel, hereby submits this Notice of Settlement Pending and states that Plaintiff, Defendant/Third-Party Plaintiff, Prog Leasing, LLC., and Third-Party Defendant, Stevie Barnell Mango a/k/a Steve Mango, have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated this 30th day of December 2016.

*/s/ Octavio Gomez*

Octavio "Tav" Gomez, Esquire
Morgan & Morgan, Tampa, P.A.
One Tampa City Center
201 N. Franklin St., 7th Floor
Tampa, FL 33602
Tele: (813) 223-5505
Fax: (813) 223-5402
Florida Bar #: 0338620
Attorney for Plaintiff
tgomez@forthepeople.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 30th day of December, 2016, a true and correct copy of the foregoing has been filed with, and provided to all counsel of record, via the Court's CM/ECF system:

Daniel J. McKenna, Esquire
Jenny N. Perkins, Esquire
Ballard Spahr LLP
1735 Market St., 51st Fl.
Philadelphia PA 19103
mckennad@ballardspahr.com
mavrakiss@ballardspahr.com
perkinsj@ballardspahr.com
segald@ballardspahr.com.

*/s/ Octavio Gomez*

Octavio "Tav" Gomez, Esquire
Florida Bar #: 0338620