## UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

ANITA MANGO,

        Plaintiff,

v.                                      Case No:  6:16-cv-1010-Orl-28TBS

PROG LEASING, LLC,

        Defendant.

PROG LEASING, LLC,

        Third-Party Plaintiff,

v.

STEVIE BARNELL MANGO,

        Third-Party
        Defendant.

### ORDER OF DISMISSAL

The Court has been advised by the parties that the above-styled action has been settled. (Doc. 35).

Accordingly, pursuant to Local Rule 3.08(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that this case is hereby **DISMISSED** subject to the right of any party, within sixty days from the date of this Order, to move the Court for entry of a stipulated form of final order or judgment, or, on good cause shown, to reopen the case for further proceedings. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Orlando, Florida, on January 17, 2017.

                                      JOHN ANTOON II
                                    United States District Judge

Copies furnished to:
Counsel of Record